UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

        Plaintiff,

        -v.-

$610,210 IN UNITED STATES CURRENCY,

        Defendant-*in-rem*.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUDGMENT OF FORFEITURE

21 Civ. 4854 (KPF)

WHEREAS, on or about June 1, 2021, the United States commenced an *in rem* forfeiture action seeking the forfeiture of the Defendant-*in-rem*, by the filing of a Verified Civil Complaint for Forfeiture (the "Verified Complaint"). The Verified Complaint alleged that the Defendant-*in-rem* is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6);

WHEREAS, notice of the Verified Complaint against the Defendant-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on June 4, 2021, through July 3, 2021, and proof of such publication was filed with the Clerk of this Court on August 20, 2021 (D.E. 5);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendant-*in-rem* and the intent of the United States to forfeit and dispose of the Defendant-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendant-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, on or about June 10, 2021, the Government sent direct notice of the Verified Complaint by Federal Express on the following:

2

>Johnny De Los Santos
>359 E 163rd St, Apt 2H
>Bronx, NY 10451

(the "Noticed Party");

WHEREAS, the Noticed Party is the only individual and/or entity known to the Government to have a potential interest in the Defendant-*in-rem*; and

WHEREAS, no claims or answers have been filed or made in this action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendant-*in-rem* shall be, and the same hereby is, forfeited to the plaintiff United States of America.

2. The United States Customs and Border Protection (or its designee) shall dispose of the Defendant-*in-rem*, according to law.

Dated: New York, New York
       August 24, 2021

SO ORDERED:

*Katherine Polk Failla*
_____
THE HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE